1  GLENN ROTHNER (SBN 67353)
   E-mail: grothner@rsglabor.com
2  HANNAH WEINSTEIN (SBN 301666)
   E-mail: hweinstein@rsglabor.com
3  ROTHNER, SEGALL & GREENSTONE
   510 South Marengo Avenue
4  Pasadena, California 91101-3115
   Telephone: (626) 796-7555
5  Facsimile: (626) 577-0124

6  *Attorneys for Defendant Adam Hill*

7  FREDRIC D. WOOCHER (SBN 96689)
   E-mail: fwoocher@strumwooch.com
8  JENNA L. MIARA (SBN 305703)
   E-mail: jmiara@strumwooch.com
9  DALE K. LARSON (SBN 266165)
   E-mail: dlarson@strumwooch.com
10 STRUMWASSER & WOOCHER LLP
   10940 Wilshire Boulevard, Suite 2000
11 Los Angeles, California 90024
   Tel: (310) 576-1233 • Fax: (310) 319-0156
12
   *Attorneys for Defendant County of San Luis Obispo*
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KAREN VELIE, | CASE NO. 2:16-cv-07839-DSF (Ex) |
| Plaintiff, | DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) |
| v. | |
| ADAM HILL, COUNTY OF SAN LUIS OBISPO, and DOES 1 through 50, | Date: January 30, 2017<br>Time: 1:30 p.m.<br>Courtroom: 7D (Hon. Dale S. Fisher) |
| Defendants. | Complaint filed: October 20, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 30, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7D of the United States District Court for the Central District of California, Western Division, First Street Courthouse, located at 350 West 1st Street, Los Angeles, CA 90012, Defendants Adam Hill and County of San Luis Obispo will and hereby do move the Court for an order dismissing Plaintiff's Complaint for Damages and Request for Injunctive Relief, in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

This motion is based upon this Notice of Motion and Motion to Dismiss Pursuant to FRCP 12(b)(6), the accompanying Memorandum of Points and Authorities in support thereof, and all other pleadings and documents on file in this action. This motion is also based upon any pleadings and exhibits filed in reply to the Opposition, if any, to this motion, and upon any oral argument at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 7, 2016.

Dated: December 15, 2016

Respectfully submitted,

STRUMWASSER & WOOCHER LLP

By _____/s/_____
Fredric D. Woocher

*Attorneys for Defendant County of San Luis Obispo*

ROTHNER, SEGALL & GREENSTONE

By _____/s/_____
Glenn Rothner

*Attorneys for Defendant Adam Hill*

1

1   Pursuant to Local Rule 5-4.3.4(a)(2)(I), I attest that all other signatories
2   listed, and on whose behalf this filing is submitted, concur in the filing's content and
3   have authorized the filing.

5   Dated: December 15, 2016            _____/s/_____
                                        Glenn Rothner