JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VELIE, | Case No.: CV 16-7839 DSF (Ex) |
| Plaintiff, | |
| v. | JUDGMENT |
| ADAM HILL, et al., | |
| Defendants. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the federal claims be dismissed with prejudice, that the state law claims be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/28/17

Dale S. Fischer
United States District Judge